UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CITIMORTGAGE, INC.,

    Plaintiff,

    v.

LARRY F. ENGHOLM, *et al.*,

    Defendants.

Case No. 11-cv-219-JPG-SCW

# JUDGMENT

This matter having come before the Court, and the Court having granted Plaintiff Citimortgage, Inc.'s motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                            **NANCY J. ROSENSTENGEL**
                                            By:s/Deborah Agans, Deputy Clerk

**Dated: June 6, 2011**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**